UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERONICA TROCHE, *on behalf of herself and all others similarly situated*,

          Plaintiff,

v.

GDM ENTERPRISES, d/b/a The Lano Company, d/b/a Mirabella Beauty,

          Defendant.

24-CV-6220 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Complaint in this case was filed on August 16, 2024. *See* Dkt. 1. Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action. *See* Fed. R. Civ. P. 4(m). To date, Defendant has not yet been served or entered a notice of appearance.

Accordingly, it is hereby:

ORDERED that, no later than December 12, 2024, Plaintiff shall submit a letter indicating why the Court should not dismiss the action without prejudice, consistent with Rule 4(m).

IT IS FURTHER ORDERED that if the Court does not receive a letter by December 12, 2024, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 5, 2024
             New York, New York

                                                                            _____
                                                                  Hon. Ronnie Abrams
                                                                  United States District Judge