UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONICA TROCHE, *on behalf of herself and all others similarly situated*,<br><br>                        Plaintiff,<br><br>                        v.<br><br>GDM ENTERPRISES, d/b/a The Lano Company, d/b/a Mirabella Beauty,<br><br>                        Defendant. | 24-CV-6220 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On December 5, 2024, the Court issued an order warning Plaintiff that she had failed to serve Defendant within the 90 days of filing required by Federal Rule of Civil Procedure 4(m). The Court also ordered Plaintiff to file a letter by December 12, 2024 explaining her failure to serve Defendant. To date, Plaintiff has not filed that letter.

Accordingly, it is hereby ORDERED that, no later than January 16, 2025, Plaintiff shall submit a letter indicating why the Court should not dismiss the action without prejudice under Rule 4(m). Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     January 6, 2025
              New York, New York

                                                                                  _____
                                                                                Hon. Ronnie Abrams
                                                                                United States District Judge