UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA TROCHE, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

GDM ENTERPRISE,LLC,
Defendant.

1:24-cv-06220-RA

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(i), Fed.R.Civ.P.**

IT IS HEREBY AGREED that Plaintiff, Veronica Troche ("Plaintiff") by and through their undersigned counsel, under Rule 41(a)(1) (A) (i) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed without prejudice, without costs or attorneys' fees.

Dated: February 19, 2025

**JOSEPH & NORINSBERG, LLC**

By: ____________________
Arjeta Albani, Esq.
*Counsel for Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
Tel: (212) 227-5700
jon@norinsberglaw.com
bennitta@employeejustice.com
*Attorneys for Plaintiff*